

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Alfred A. Arraj
United States Courthouse
901 19th Street
Denver, Colorado 80294
www.cod.uscourts.gov

Jeffrey P. Colwell, *Clerk*                                    Phone: (303) 844-3433

November 16, 2021

**In re:** *Murry v. Ocwen Loan Servicing, LLC et al, 16-cv-00991-RBJ*

Albert Michael Murry
2494 F 1/4 Road
Grand Junction, CO 81505

Dear Mr. Murry and Counsel,

My November 8, 2021 letter notified you that I had been informed by Judge Jackson that it had been brought to his attention that, while he presided over the above-named case, he or his spouse owned stock in Wells Fargo. My letter referred you to Advisory Opinion 71 and invited you to respond to Judge Jackson's disclosure. You were directed to submit any response to me by November 30, 2021.

I was contacted by Mr. Murry today by telephone, who informed me that he and his wife are currently in California and will remain there through the Thanksgiving holiday. He informed me that he would not have access to any of his case files, which are in Grand Junction, Colorado, until his return on or about November 28, 2021. He therefore sought additional time to respond; a request I find reasonable under the circumstances.

Accordingly, should you still wish to respond, please submit your response by December 10, 2021. Any response will be considered by another judge of this court without the participation of Judge Jackson.

Sincerely,

Jeffrey P. Colwell
Clerk, United States District Court

CC:  Morton Lewis

Encl:  Notice letter of November 8, 2021